JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARLA TIPTON,<br><br>        Plaintiff,<br><br>    v.<br><br>ZIMMER, INC., a Business Entity; ZIMMER BIOMET HOLDINGS, INC.; ZIMMER ORTHOPEDICS SURGICAL PRODUCTS, INC.; MIKE (LAST NAME UNKNOWN); and DOES 1 through 100, Inclusive,<br><br>        Defendants. | Civil Action No.:<br>LA CV15-04171 BRO (JCx)<br><br>The Honorable Beverly Reid O'Connell<br><br>**JUDGMENT**<br><br>Complaint Filed: August 15, 2014 |

Pursuant to Local Civil Rule of Court 56 and Federal Rule of Civil Procedure 56, Defendants Zimmer, Inc., Zimmer Biomet Holdings, Inc., and Zimmer Surgical, Inc. (collectively, "Zimmer"), by and through counsel, filed their Motion for Summary Judgment, Memorandum in Support, and Statement of Uncontroverted Facts on April 29, 2016. The Court, having considered the Motion and being duly advised, finds that there is no genuine issue of material fact and that Zimmer is entitled to judgment as a matter of law on all claims asserted by Plaintiff Sharla Tipton. The Court further finds there is no just reason to delay the entry of a final judgment in favor of Zimmer.

IT IS THEREFORE ORDERED that:

1. Zimmer's Motion for Summary Judgment is granted in all respects;

2. Judgment is entered in favor of Zimmer and against Plaintiff on all counts asserted in her Complaint, which is hereby dismissed with prejudice and on the merits; and

3. Plaintiff shall recover nothing against Zimmer.

Dated: August 3, 2016

_____
Beverly Reid O'Connell
United States District Judge